**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND RAMIREZ, | ) | CASE NO. CV 13-05979 DDP (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| TIM VIRGA, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RAYMOND RAMIREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 20, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE